ACCEPTED
06-15-00049-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2015 4:42:54 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00049-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2015 4:42:54 PM
DEBBIE AUTREY
Clerk

CRISTINA MARENTE individually and as representative of the
ESTATE OF CHRISTIAN MARENTE, Deceased,
*Appellants*
v.
EUNICE ASHA, and EPIC HEALTH SERVICES, INC.
*Appellees*

APPELLANTS' UNOPPOSED MOTION FOR EXTENSION IN TIME TO FILE
RESPONSE TO APPELLEES BRIEF

COMES NOW CRISTINA MARENTE individually and as representative of the

ESTATE OF CHRISTIAN MARENTE, Deceased, Appellants, and files this Appellants'

Unopposed Motion for Extension in Time to File Response to Appellees Brief for Appellants and

shows this Court as follows:

Appellees' filed Appellees' Brief on December 15, 2015. Appellants' response, if any, is

due by January 4, 2016. Due to the holidays, Appellants' are requesting a 15 day extension on

the due date.

Appellants' request an until January 19, 2016.

Respectfully submitted;

*/s/ Douglas T. Floyd*
Douglas T. Floyd
Attorney for Appellants
3336 Therondunn Dr.
Plano, Texas 75023

APPELLANTS' MOTION FOR EXTENSION IN TIME TO FILE APPELLANTS' RESPONSE
TO APPELLEES' BRIEF
PAGE 1

214-704-7081
469-519-9488 FAX
T.B.N. 07181700
lawyerfloyd@aol.com

CERTIFICATE OF CONFERENCE

I do certify that I have conferred with counsel for Appellees concerning this Motion and this Motion is unopposed.


Respectfully submitted;

*/s/ Douglas T. Floyd*
Douglas T. Floyd